

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,914

### EX PARTE WALLACE ABREGO SCHODTS, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 3409-B IN THE 394TH DISTRICT COURT
### FROM BREWSTER COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of less than one gram of cocaine and sentenced to three years' imprisonment. He did not appeal his conviction.

The trial court has found that Applicant was convicted of a state jail felony but was assessed an unauthorized sentence of three years when his community supervision was revoked. Applicant is entitled to relief. *Ex parte Rich*, 194 S.W.3d 508 (Tex. Crim. App. 2006).

Relief is granted. The judgment in Cause No. 3409 in the 394th Judicial District Court of Brewster County is set aside, and Applicant is remanded to the custody of the Sheriff of Brewster County to answer the charge against him.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: May 7, 2008
Do Not Publish